**Jeremy C. SOUTHGATE, d/b/a Sound Spark Studios, Plaintiff-Appellant,**

v.

**FACEBOOK, INC.; Instagram, LLC, Defendants-Appellees.**

No. 17-2421

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018

Decided: March 15, 2018

Jeremy C. Southgate, Appellant Pro Se. Andrew S. Bruns, Paven Malhotra, KEKER, VAN NEST & PETERS LLP, San Francisco, California; Craig Crandall Reilly, Alexandria, Virginia, for Appellees.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy C. Southgate appeals from the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Southgate v. Facebook, Inc.*, No. 1:17-cv-00648-AJT-

IDD, 2017 WL 6759867 (E.D. Va. Nov. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*